UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **CREANDO LITTLE LANGUAGE EXPLORERS, LLC,**<br><br>            Plaintiff,<br><br>v.<br><br>**MONROE STREET ARTS CENTER INC.**, et. al.<br><br>            Defendant. | Case No. 3:20-cv-1051-wdm |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this mater be dismissed with prejudice and on the merits, without costs, fees or expenses to any party.

Dated this 21st day of April, 2021.

                                        By: s/      *Travis James West*
                                            Travis James West
                                            State Bar No. 1052340
                                            Benoit M. Letendre
                                            State Bar No. 1079792
                                            Attorneys for the Plaintiff
                                            114 East Main Street, Suite 211
                                            Waunakee, WI 53597
                                            Telephone: 608-535-6420
                                            Fax: 608-833-2874
                                            twest@westdunn.com
                                            bletendre@westdunn.com

*s/      Lynne M. Mueller*
Lynne M. Mueller
State Bar No.: 1003577
Mark W. Rattan
State Bar No.:1016320
Litchfield Cavo, LLP
250 East Wisconsin Avenue
Suite 800
Milwaukee, WI 53202
Telephone: (414) 488-1837
Fax: (414) 875-3331
Email: mueller@litchfieldcavo.com
rattan@litchfieldcavo.com

*s/        Douglas M. Poland*
Douglas M. Poland
State Bar No. 1055189
Seep Paliwal
State Bar No. 1091325
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
P.O. Box 53701
Madison, WI 53701
Phone: 608-256-0226
Fax: 608-259-2600
Email: dpoland@staffordlaw.com
spaliwal@staffordlaw.com